UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO.  3:17-cv-00278-CRS

**LOUISVILLE INDUSTRIAL PARK, LLC**                                                   **PLAINTIFF**
A Kentucky Limited Liability Company

v.

**EXXONMOBIL OIL CORPORATION,**                                                   **DEFENDANTS**
**FIRST CAPITAL BANK OF KENTUCKY,**
and
**FCBKY HOLDING, LLC**

## NOTICE OF SETTLEMENT

Comes the Plaintiff, Louisville Industrial Park, LLC, by counsel, and notifies the Court that the parties have finalized a settlement and are circulating a document for signatures. The Plaintiff will file a dismissal with the Court within a week of receipt of the settlement payment.

Respectfully submitted,

/s/ Janice M. Theriot
Laurence J. Zielke
Janice M. Theriot
Zielke Law Firm, PLLC
Suite 1250 – Meidinger Tower
462 South Fourth Street
Louisville KY 40202
(502) 589-4600
lzielke@zielkefirm.com

Certificate of Service

I hereby certify that on December 29, 2017, I electronically filed the foregoing and emailed a copy of the foregoing to the following:

| | |
|---|---|
| John T. McGarvey | jtm@morganandpottinger.com |
| Melinda S. Timberlake | msunderland@morganandpottinger.com |
| M. Thurman Senn | mts@morganandpottinger.com |

Morgan & Pottinger, PSC
401 South Fourth Street, Suite 1200
Louisville, KY 40202
*Counsel for ExxonMobil Oil Corp.*

| | |
|---|---|
| Samuel D. Hinkle IV | sam.hinkle@skofirm.com |
| Adam T. Goebel | Adam.Goebel@skofirm.com |
| Culver V. Halliday | culver.halliday@skofirm.com |
| Angela S. Fetcher | angela.fetcher@skofirm.com |

Stoll Keenon Ogden, PLLC
2000 PNC Plaza
500 W. Jefferson Street
Louisville, KY 40202
*Counsel for First Capital Bank of Kentucky
and FCKY Holdings LLC*

    /s/ Janice M. Theriot
    Laurence J. Zielke
    Janice M. Theriot