# M. Thurman Senn

| | |
|---|---|
| **From:** | Belinda Brown <BelindaB@zielkefirm.com> |
| **Sent:** | Friday, March 2, 2018 2:59 PM |
| **To:** | M. Thurman Senn |
| **Subject:** | Exxon |
| **Attachments:** | 180228 - ZLF Settlement ltr from ExxonMobil.pdf |

Here is a copy of letter and check.

Thanks,

*Belinda G. Brown*
*Assistant to John H. Dwyer and Karen Jaracz*
*Zielke Law Firm, PLLC*
*462 S. Fourth Street, Suite 1250*
*Louisville, KY 40202*
*502.589.4600*
*502.584-0422 – Fax*
*belindab@zielkefirm.com*



EXHIBIT 1

**ExxonMobil Environmental Services Company**
22777 Springwoods Village Parkway, Room S2.2B.282
Spring, Texas 77389
Telephone: 832-624-6193

ExxonMobil

February 28, 2018

<u>Via UPS Delivery</u>
Zielke Law Firm PLLC
462 South 4th Street
Suite 1250
Louisville, KY 40202

Re:   Louisville Industrial Park, LLC (LIP) Settlement Agreement

Please find enclosed Exxon Mobil Corporation Check No. 2000978572 in the amount of ▓▓▓▓▓▓▓▓. This check represents Exxon Mobil Oil Corporation's share of settlement in the above-referenced matter.

If you need any additional information, please contact me.

Sincerely,

*[signature]*

Maria M. Quezada
ExxonMobil Environmental Services Company
US Claims & Superfund Manager

Enclosure

An **ExxonMobil** Subsidiary

EXXON MOBIL CORPORATION
OR AN AFFILIATED COMPANY
P.O. Box 7659
SPRING, TX 77387-7659

PAGE 1 OF 1
CHECK #:   2000978572
CHECK DATE: 02/26/2018

2100089 01 SD     T   3040     S409    -P00069

ZIELKE LAW FIRM PLLC
462 S 4TH ST STE 1250
LOUISVILLE KY 40202-3465

| CODE | OUR REFERENCE | DATE | YOUR REFERENCE | NET AMOUNT |
|---|---|---|---|---|
| 0944 | 2512 | 02/22/2018 | 0000 | |

PAYMENTS MADE PER AGREEMENT WITH EXXONMOBIL CONTRACTING ENTITY. WE ARE CONVERTING TO ELECTRONIC PAYMENTS. EMAIL YOUR PAYEE ID TO GSC-PROC-ACHPROJECT@EXXONMOBIL.COM TO OBTAIN THE EFT FORM. FOR INQUIRIES GO TO WWW.PAYMENT-ADVICE.COM

| * INCLUDE WITH EACH INQUIRY | PAYEE ID NUMBER | CHECK # 2000978572 | CHECK DATE 02/26/2018 | CHECK AMOUNT |
|---|---|---|---|---|

DETACH AND RETAIN THIS STUB FOR YOUR RECORDS

CHECK # 2000978572 ATTACHED BELOW

EXXON MOBIL CORPORATION
OR AN AFFILIATED COMPANY
P.O. Box 7659
SPRING, TX 77387-7659

62-20
---
311

CHECK #:  2000978572

CHECK DATE: 02/26/2018

Dollars

PAY TO THE ORDER OF: ZIELKE LAW FIRM PLLC
462 S 4TH ST STE 1250
LOUISVILLE KY 40202-3465

********
VOID AFTER SIX MONTHS

*Evan M Van Kirk*
AUTHORIZED SIGNATURE

CITIBANK, N A
ONE PENN'S WAY, NEW CASTLE, DE 19720

PAYEE ID NUMBER

⑈2000978572⑈ ⑊031100209⑊