# Melinda Sunderland

**From:** Melinda Sunderland
**Sent:** Tuesday, February 20, 2018 12:36 PM
**To:** 'Janice Theriot'
**Subject:** LIP/ExxonMobil

Janice, on December 29, 2017, you filed a Notice of Settlement with the Court that indicated a settlement had been reached and the document was being circulated for signatures. As you know, there were some changes to the document in early January and various pages had to be switched out. The agreement itself, as signed by LIP, states that ExxonMobil would pay the settlement amount within thirty (30) days of execution of the Agreement. At the time you filed the Motion to Compel, not all parties had executed the agreement. Further, it stated that you would provide W-9s upon execution. Also as you know, those weren't provided until the end of January. I think the Motion to Compel you filed is very disingenuous. ExxonMobil is not late on payment under the terms of the agreement and I, respectfully, request you withdraw the motion so that we do not have to file an objection. The payment will be made per the terms of the Agreement and this litigation fully resolved without the necessity of this type of litigation. As to the e-mail you attached to your motion to which you indicated I did not timely respond, I was out of the office with the flu.

Thanks,
Mindy Sunderland


EXHIBIT 2